**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:19-cr-251-14 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| SHAUNNA COLLIER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on September 13, 2021 and a follow-up report report was filed on September 27, 2021. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on June 21, 2022. The defendant admitted to the following violations:

 1.  AWOL Status from Residential Reentry Center ;
 2. Illicit Drug Use.

The magistrate judge filed a report and recommendation on June 21, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her supervised release as set forth in violations 1 and 2.

A final supervised release violation hearing was conducted on July 15, 2022. Defendant Shaunna Collier was present and represented by Attorney James Ranftl. The United States was represented by Assistant United States Attorney Margaret Sweeney. United States Probation Officer Matti Liebler was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of her supervised release.

Because the defendant has recently demonstrated improved compliance with her supervised release conditions, the Court continues the sentencing hearing until November 2, 2022 at 12:30 p.m., to allow the defendant additional time to demonstrate compliance. Should the Court be notified at any time prior to the sentencing hearing that the defendant is not in compliance, the Court will proceed immediately to sentencing.

**IT IS SO ORDERED**.

Dated: July 15, 2022

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**